UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CECILE SMITH

VERSUS

AMERICAN FIRE AND CASUALTY
COMPANY, ET AL

CIVIL ACTION

NO. 08-721-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Motion to Remand filed by plaintiff, Cecile Smith, shall be GRANTED, and this matter shall be REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings.[1]

Baton Rouge, Louisiana, May 21, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 7.

Doc#46069